IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| EUGENE WATERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 319-025 |
| | ) | |
| NATHAN BROOKS, Warden; RODNEY | ) | |
| MCCLOUD, Warden of Security; KAREN | ) | |
| THOMAS, Lieutenant; C.O. FNU WILLIAMS, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

On May 23, 2019, Plaintiff returned both the Prisoner Trust Fund Account Statement and the Consent to Collection of Fees from Trust Account as instructed by the Court's May 3, 2019 Order. (Doc. nos. 7, 8.) However, Plaintiff's Prisoner Trust Fund Account Statement was not signed by a prison official as required by the Court's May 3rd Order. (Doc. nos. 6, 8.)

In relevant part, the Court's May 3rd Order stated:

> (1) Plaintiff must furnish the enclosed **Prisoner Trust Fund Account Statement** to the trust (financial) officer of each prison where he has been confined for the past six months. The trust officer will complete and sign the form and return the form and supporting documents to Plaintiff for submission to the Court. Two copies of the form are enclosed for this purpose.

(Doc. no. 6, p. 4.) Plaintiff shall have until June 24, 2019, to submit the required Prisoner Trust Fund Account Statement signed by an authorized prison official. To ensure prison officials' awareness of this issue, the **CLERK** is **DIRECTED** to serve a copy of this Order

on Plaintiff's custodian and to include a Prisoner Trust Fund Account Statement with that service copy. The Court is confident that the appropriate officials will expeditiously fill out the form and return it to Plaintiff, at which point Plaintiff must promptly return the Prisoner Trust Fund Account Statement to the Court.

SO ORDERED this 24th day of May, 2019, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA