FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 JUL 24 PM 3:32
CLERK_____
SO. DIST.O GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| EUGENE WATERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 319-025 |
| ) | |
| NATHAN BROOKS, Warden; RODNEY ) | |
| MCCLOUD, Warden of Security; ) | |
| KAREN THOMAS, Lieutenant; and ) | |
| C.O. FNU WILLIAMS, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 24th day of July, 2019, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE