# United States District Court
## Southern District of Georgia

EUGENE WATERS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 319-025

NATHAN BROOKS, Warden; RODNEY MCCLOUD, Warden of Security; KAREN THOMAS, Lieutenant; and C.O. FNU WILLIAMS,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated July 24, 2019 adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, that Plaintiff's Complaint is dismissed for failure to state a claim upon which relief may be granted. This case stands closed.

07/24/2019
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*